# Third District Court of Appeal

## State of Florida

Opinion filed May 6, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2476
Lower Tribunal No. D11-15009
_____

**J.F., the Mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

J.F., in proper person.

Karla F. Perkins, for appellee Department of Children & Families; Sara Elizabeth Goldfarb and Laura J. Lee (Tallahassee), for appellee Guardian ad Litem.

Before SCALES, C.J., and LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed.  See <u>E.P.V. v. Dep't of Children & Families</u>, 278 So. 3d 749, 750 (Fla. 3d DCA 2019) ("Under Florida Rule of Juvenile Procedure 8.250 and section 39.407(15), Florida Statutes (2018), where the Mother's mental condition is in controversy and good cause is shown, the trial court may order a mental health evaluation.").